| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | This order relates to a hearing<br>held on October 15, 2015 |

------------------------------------------x

In re:                                                                        Case No. 15-43250 cec
                                                                                    Chapter 13
    Jin R. Woo,
    aka Jim Woo,

                      Debtor.

------------------------------------------x

### ORDER VOIDING JUNIOR MORTGAGE LIEN
### AND RECLASSIFYING CLAIM AS WHOLLY UNSECURED

Upon the application of the debtor, JIN R. WOO, by and through his attorney Allan R. Bloomfield, with due proof of service thereof, and upon the reading and filing of said application dated September 10, 2015, and the issues raised by said application having been heard by this Court on October 15, 2015, and there being no papers filed in opposition thereto, and no one having appeared in opposition, and after due deliberation having been had thereon, it is, pursuant to 11 U.S.C. §§ 506(a) and 506(b)

ORDERED, that claim #2 filed by Christiana Trust, a division of Wilmington Savings Fund Society, FSB as Trustee for Normandy Mortgage Loan Trust, Series 2013-10 (hereinafter "Christiana") for the second mortgage on the debtor's property known as 61-56 84th Place, Middle Village, New York, said mortgage originally given to Mortgage Electronic Registration Systems, Inc. as nominee for American Brokers Conduit dated April 4, 2007 and recorded April 23, 2007 with the Office of the City Register of the City of New York under CRFN 2007000210058, shall be treated as an allowed unsecured claim pursuant to 11 U.S.C. §§ 1322(b)(2) and 1322(b)(5), and it is further

ORDERED, that upon completion of the Chapter 13 Plan and entry of discharge the second mortgage lien held by Christina for the second mortgage on the debtor's property known as 61-56 84th Place, Middle Village, New York, said mortgage originally given to Mortgage Electronic Registration Systems, Inc. as nominee for American Brokers Conduit dated April 4, 2007 and recorded April 23, 2007 with the Office of the City Register of the City of New York under CRFN 2007000210058 and any successors or assignees, for the second mortgage on the debtor's property known as 61-56 84th Place, Middle Village, New York, New York, shall be voided, and it is further

ORDERED, that upon the completion of the Chapter 13 Plan and entry of discharge, the City Register of the City of New York, County of Queens, State of New York shall cancel, void and discharge the second mortgage lien held by Christiana Trust for the second mortgage on the debtor's property known as 61-56 84th Place, Middle Village, New York, said mortgage originally given to Mortgage Electronic Registration Systems, Inc. as nominee for American Brokers Conduit dated April 4, 2007 and recorded April 23, 2007 with the Office of the City Register of the City of New York under CRFN 2007000210058 and any of its successors or assignees, recorded against the debtor's property.



Dated: Brooklyn, New York
October 23, 2015

Carla E. Craig
United States Bankruptcy Judge